PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED DEC - 4 2020 CLERK, U.S. DISTRICT COURT By [signature] Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Terry W. Hawkins 0175407
Plaintiff's Name and ID Number

Tarrant County Jail Ft. Worth Texas 76196
Place of Confinement

CASE NO. 4-20CV-1297-O
(Clerk will assign the number)

v.

Bill Waybourn 401 W Belknap Ft. Worth Tx 76196
Defendant's Name and Address

Sharen Wilson 401 W. Belknap Ft. Worth Tx 76196
Defendant's Name and Address

Tom Wilder 401 W. Belknap Ft. Worth Tx 76196
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

II. PLACE OF PRESENT CONFINEMENT: TARRANT COUNTY JAIL

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
I didn't get it back

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: TERRY WAYNE HAWKINS 1513 E. Prisidio FT. Worth TX 76102, HOWARD MANNING 3117 AVE N FT. WORTH, TX 76105

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: BILL WAYBOURN 401 W. BELKNAP Ft. WORTH TX 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Jailed me with CoviD 19 endangering my life "Homeless" Cruel and unusual punishment 8th Amendment

Defendant #2: SHAREN WILSON 401 W. BELKNAP FT. WORTH TX 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Jailed me with CoviD 19 endangering my life "Homeless" Cruel and unusual punishment 8th Amendment

Defendant #3: TOM WILDER 401 W. BELKNAP FT. WORTH TX 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Jailed me with CoviD 19 endangering my life "Homeless" Cruel and unusual punishment 8th Amendment

Defendant #4: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr. G2061402

*Press hard when writing*

Name Terry Hawkins. CID No. 0175407

Housing Assignment 59A 7 Cell Date OCT 25 2020

Is this an "American with Disabilities Act (ADA) Complaint? Yes [ ] No [X]

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

I Am Constantly being placed in jepardy with the Covid-19 Virus. TARRANT County STAFF Keep Bringing in people off the street And placing them in the same Cell And Pod with us exposing us All. IT is Against my Constitutional Rights to be placed in harms way. If the Virus is Killing people why Are you jepardizing me And my life? Constitutional Rights Violated 42 U.S.C.A. §1983

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

Grievance Officer [signature] Date 10/25/20 Code

Referred to Date Time

Response by Date Time

**GRIEVANCE SUMMARY RESPONSE**

[signatures]

White Copy To File Canary Copy To Inmate (Grievance Response) Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

# Tarrant County Sheriff's Office

## Grievance Response Form

| G206662 | 10/28/2020 | G. JONES | 11/5/2020 | 25. MISCELLANEOUS |
|---|---|---|---|---|
| *Number* | *Received Date* | *Assigned To* | *Close Date* | *Classification* |

| 59-A | HAWKINS, TERRY WAYNE | 0175407 |
|---|---|---|
| *Housing* | *Name* | *CID* |

***Grievance Response Summary***

MR. HAWKINS, YOUR CONCERN HAS BEEN NOTED. FURTHER CONCERNS CAN BE ADDRESSED BY SPEAKING WITH A FLOOR SUPERVISOR WHEN THEY DO THEIR INSPECTIONS.

*"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."*

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

The Sheriff, D.A. And Court Clerk Are holding me in jail with Covid 19 for Tampe W/Gov Record enhanced to Habitual felon, Fraud USE/Poss ID State jail Felony enhanced to Second degree Felony, Failer to ID misdemenor, Parole Violation. CDC Says Anybody between 65 And 50 is the main target for Covid 19. I'm 55 years old disabled And homeless so why couldn't I be PR bonded? I've been here for over 4 months And No Court date? And right now we are quarantined so I could catch Covid 19 Any time. ~~And Homeless 8th Amendment Violation Cruel And unusual Punishment~~

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Dismiss All Charges And Pay me for stress And endangering my life of Cruel And unusual Punishment

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Hawk, Terry Hawkins Michael Ochstein

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

510514, 583809, 859835 All TDCJ ID #'s (Texas Department of Corrections)

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ____________

2. Case number: ____________

3. Approximate date sanctions were imposed: ____________

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):____________
2. Case number:____________
3. Approximate date warning was issued:____________

Executed on: 24TH November 2020
DATE

TERRY HAWKINS 01754O7
[signature]
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 24Th (Day) day of NOVEMBER (month), 2020 (year).

TERRY HAWKINS 01754O7
[signature]
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes G  (No) G

If you answered **YES**, describe the property and state its approximate value.

______________________________________________________________________

______________________________________________________________________

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this the 24 day of November, 20 20.

[signature] 0175407
Signature of Plaintiff ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

Hawkins, Terry 0175407
1001 N. LAMAR
FT. WORTH Texas
76196

LEGAL MAIL

US POSTAGE PITNEY BOWES
ZIP 76196 $ 000.65
02 1W
0001399895 DEC 02 2020

UNITED STATES DISTRICT COURT
Office of the Clerk
NORTHERN DISTRICT OF Texas
501 West Tenth ST. Room 310
FT. WORTH Tx 76102

(Legal Mail)